UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.  **DECISION AND ORDER**
 08-CR-358S

AHMREDREZA FARAJIPOURTABRIZI
a/k/a Reza Tabrizipoor

                Defendant.

1. On July 2, 2009, the Defendant entered into a written plea agreement (Docket No. 36) and pled guilty to Count 2 of the Indictment (Docket No. 16) charging a violation of Title 18, U.S.C. Section 1001(a)(2) (Knowingly, Willfully and Unlawfully Making Material False Statements within the Jurisdiction of the Executive Branch of the Government of the United States).

2. On July 6, 2009, the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 38) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3. This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1)(C) and Local Rule 58.2(a)(3).

4. This Court has carefully reviewed *de novo* Judge McCarthy's July 6, 2009, Report and Recommendation, the plea agreement, transcript of the proceeding, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge McCarthy's Report and Recommendation, and will accept Judge McCarthy's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge McCarthy's July 6, 2009, Report and Recommendation (Docket No. 38) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Ahmredreza Rarajipourtabrizi is accepted, and he is now adjudged guilty of Title 18, U.S.C. Section 1001(a)(2).

SO ORDERED.

Dated: August 26 , 2009
　　　　Buffalo, New York

　　　　　　　　　　　　　　　　　　　　　　　　/s/William M. Skretny
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM M. SKRETNY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge